

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2015

No. 04-15-00665-CV

Verda Ann **CALDWELL**,
Appellant

v.

**LEGACY TRAILS CELL-2 HOMEOWNERS ASSOCIATION, INC.**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-14567
Honorable Larry Noll, Judge Presiding

# O R D E R

     In response to this court's order dated November 17, 2015, appellant paid the filing fee for this appeal. In our prior order, we suspended all other appellate deadlines pending the payment of the filing fee. It is therefore ORDERED that the appellate deadlines are reinstated. The clerk's record for this appeal must be filed no later than November 24, 2015. The court has been notified that no reporter's record was taken for this appeal.

_____
Sandee Bryan Marion, Chief Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court